UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLORENCE A. TOBIAS EGGERT,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. C15-668-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of her application for disability benefits. Dkt. 1. The parties stipulate that the case should be reversed and remanded. Dkt. 20. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). The parties stipulate that on remand, the administrative law judge (ALJ) will hold a new hearing and issue a new decision, and Plaintiff may raise any issue and submit additional evidence in support of her claim. The parties further stipulate that the ALJ will reevaluate the credibility of the lay witness statements and reevaluate whether Plaintiff can do her past relevant work or other work in the national economy, and obtain vocational expert testimony, if necessary. The parties stipulate that upon proper presentation, this Court will consider Plaintiff's application for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 12th day of November, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2